**Pierce Bainbridge Beck Price & Hecht LLP**
Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Dan Terzian (SBN 283835)
*dterzian@piercebainbridge.com*
Max W. Hirsch (SBN 301872)
*mhirsch@piercebainbridge.com*
355 S. Grand Ave., 44th Floor
Los Angeles, California 90071
(213) 262-9333

*Counsel for Plaintiff Tulsi Now, Inc.*

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tulsi Now, Inc.**, a principal campaign committee,<br><br>Plaintiff,<br><br>v.<br><br>**Google**, **LLC**, a Delaware limited liability company, and **Does 1–10**,<br><br>Defendants. | Case No.<br><br>**Plaintiff Tulsi Now, Inc.'s Rule 7.1 Disclosure Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Tulsi Now, Inc. states that it does not have a parent company and is not owned by a publicly held corporation.

Dated: July 25, 2019

Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: _____/s/ Brian J. Dunne_____

Brian J. Dunne (SBN 275689)
*bdunne@piercebainbridge.com*
Dan Terzian (SBN 283835)
*dterzian@piercebainbridge.com*
Max W. Hirsch (SBN 301872)
*mhirsch@piercebainbridge.com*
355 S. Grand Ave., 44th Floor
Los Angeles, California 90071
(213) 262-9333

*Counsel for Plaintiff Tulsi Now, Inc.*