DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       lwhite@wsgr.com

Attorneys for Defendant
GOOGLE LLC

[Additional Counsel On Signature Page]

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULSI NOW, INC, a principal campaign committee,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company, and Does 1-10,<br><br>Defendants. | CASE NO.: 2:19-cv-06444-SVW-RAO<br><br>**STIPULATION REGARDING AMENDED COMPLAINT**<br><br>Complaint served: July 26, 2019<br>Current Response date: September 6, 2019<br>Amended Complaint date: September 27, 2019<br>New Response date: October 18, 2019 |

WHEREAS, Plaintiff served the summons and complaint in this action on Defendant Google LLC on July 26, 2019, such that a response to the complaint was initially due on August 16, 2019;

WHEREAS, pursuant to Local Rule 8-3, the parties agreed to extend the deadline to respond to the complaint to September 6, 2019;

WHEREAS, pursuant to Local Rule 7-3, on August 30, 2019, counsel for the parties met and conferred regarding Defendant's response to the complaint;

WHEREAS, following the meet and confer, Plaintiff stated that it intends to file an amended complaint consisting of a single claim for violation of the First Amendment by no later than September 27, 2019;

WHEREAS, the parties agree that Defendant's time to respond to the forthcoming amended complaint be extended until October 18, 2019;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and subject to the Court's approval, that:

- Defendant's September 6, 2019 deadline to respond to the complaint is vacated;
- Plaintiff shall file an amended complaint by September 27, 2019; and
- Defendant shall respond to the amended complaint by October 18, 2019.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 3, 2019 | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |
| 2 | | |
| 3 | | By: /s/ *Lauren Gallo White* |
| 4 | | DAVID H. KRAMER, SBN 168452 |
| 5 | | LAUREN GALLO WHITE, SBN 309075 WILSON SONSINI GOODRICH & ROSATI |
| 6 | | Professional Corporation 650 Page Mill Road |
| 7 | | Palo Alto, CA 94304-1050 Telephone: (650) 493-9300 |
| 8 | | Facsimile: (650) 565-5100 Email: dkramer@wsgr.com |
| 9 | | lwhite@wsgr.com |
| 10 | | Attorneys for Defendant GOOGLE LLC |
| 11 | | |
| 12 | Dated: September 3, 2019 | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP |
| 13 | | |
| 14 | | By: /s/ *Brian J. Dunne* |
| 15 | | BRIAN J. DUNNE, SBN 275689 DAN TERZIAN, SBN 283835 |
| 16 | | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP |
| 17 | | 355 S. Grand Avenue, 44th Floor Los Angeles, CA 90071 |
| 18 | | Telephone: (213) 262-9333 Email: bdunne@piercebainbridge.com |
| 19 | | dterzian@piercebainbridge.com |
| 20 | | Attorneys for Plaintiff TULSI NOW, INC. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

# ATTESTATION CLAUSE

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this document.  In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 3, 2019           WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By: /s/ *Lauren Gallo White*
                                       Lauren Gallo White

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Lauren Gallo White*
Lauren Gallo White