DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email:      dkramer@wsgr.com
            lwhite@wsgr.com

Attorneys for Defendant
GOOGLE LLC

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULSI NOW, INC, a principal campaign committee,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC, a Delaware limited liability company, and Does 1-10,<br><br>        Defendants. | CASE NO.: 2:19-cv-06444-SVW-RAO<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO TRANSFER OR IN THE ALTERNATIVE MOTION TO DISMISS**<br><br>Hearing Date: January 27, 2020<br>Time: 1:30 PM<br>Judge: Honorable Stephen V. Wilson<br>Place: First Street Courthouse<br>Room: Courtroom 10A |

TO THE COURT, PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on January 27, 2020, in Courtroom 10A of the above-captioned Court, located at 350 West 1st Street, 10th Floor, Los Angeles, California 90012, the Honorable Stephen V. Wilson presiding, Defendant Google LLC ("Google") will and hereby does move the Court to transfer this case to the Northern District of California pursuant to 28 U.S.C. § 1404 or, in the alternative, to dismiss Plaintiff Tulsi Now, Inc.'s ("Tulsi Now") First Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

As set forth more fully in the concurrently-filed memorandum of points and authorities, Google moves to transfer this case on the ground that Tulsi Now's claims arise out of Plaintiff's use of Google Ads and the parties agreed in the Google LLC Advertising Program Terms that all claims that arise out of Gabbard's use of Google Ads shall be litigated in the courts of Santa Clara County. In the alternative, Defendant moves to dismiss Gabbard's claims—which seek relief under the First and Fourteenth Amendments of the United States Constitution—on the ground that Google is not bound by the First and Fourteenth Amendments because it is not a state actor. Because Plaintiff cannot amend to allege facts sufficient to state a claim against Google under the First and Fourteenth Amendments, dismissal should be with prejudice.

This Motion is based on this notice of motion; the concurrently-filed memorandum of points and authorities, the pleadings, records, and papers on file in this action; oral argument of counsel; and any other matters properly before the Court. This motion is made following the Local Rule 7-3 conference of counsel, which occurred on October 11, 2019.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 18, 2019 | WILSON SONSINI GOODRICH & ROSATI, |
| 3 | | Professional Corporation |
| 4 | | |
| 5 | | By: /s/ *Lauren Gallo White* |
| 6 | | Attorneys for Defendant<br>GOOGLE LLC |
| 7 | | DAVID H. KRAMER, SBN 168452 |
| 8 | | LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI |
| 9 | | Professional Corporation<br>650 Page Mill Road |
| 10 | | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 11 | | Facsimile:  (650) 565-5100<br>Email:      dkramer@wsgr.com |
| 12 | | lwhite@wsgr.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ Lauren Gallo White