1  DAVID H. KRAMER, SBN 168452
   LAUREN GALLO WHITE, SBN 309075
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5  Email:    dkramer@wsgr.com
             lwhite@wsgr.com
6

7  Attorneys for Defendant
   GOOGLE LLC
8

9
            THE UNITED STATES DISTRICT COURT
10
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  TULSI NOW, INC, a principal campaign committee, ) | CASE NO.: 2:19-cv-06444-SVW-RAO |
| 13              Plaintiff, ) | **DECLARATION OF LAUREN WHITE IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER OR IN THE ALTERNATIVE MOTION TO DISMISS** |
| 14         v. ) | |
| 15  GOOGLE LLC, a Delaware limited liability company, and ) | |
| 16  Does 1-10, ) | Hearing Date: January 27, 2020 |
| 17              Defendants. ) | Time: 1:30 PM<br>Judge: Honorable Stephen V. Wilson |
| 18 ) | Place: First Street Courthouse<br>Room: Courtroom 10A |
| 19 ) | |

I, Lauren Gallo White, declare:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel to Defendant in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently as to these facts.

2. Attached as Exhibit 1 is a true and correct copy of the current Google LLC Advertising Program Terms ("Ads Agreement" or "Agreement"), which was last updated April 16, 2018, and which was downloaded from https://payments.google.com/payments/paymentsinfofinder?hostOrigin=aHR0cHM6Ly9wYXltZW50cy5nb29nbGUuY29tOjQwNjU.&sri=-21.

3. Attached as Exhibit 2 is a true and correct copy of the "About Google Ads account suspensions," page on the Google Ads Help website which was downloaded from https://support.google.com/google-ads/answer/2375414?hl=en.

4. Attached as Exhibit 3 is a true and correct copy of the "Sender Guidelines" page on the Gmail Help website, which was downloaded from https://support.google.com/mail/answer/81126.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2019 in Long Beach, California.

*/s/ Lauren Gallo White*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/.  Lauren Gallo White