# Exhibit 2

# About Google Ads account suspensions

We take legal requirements and user safety very seriously, so advertiser actions that put our users, Google, or our partners at risk can lead to account suspensions.

Advertisers whose accounts are suspended will receive an in-account notification, as well as an email notification. Keep in mind:

- Suspended accounts cannot run any ads or create new content. Advertisers can, however, still access their suspended accounts and any associated reports.
- Accounts related to the suspended account (for example, accounts using the same email or payment method, or accounts linked to the same manager account) may be suspended.
- Merchant Center accounts linked to suspended Google Ads accounts may be suspended.
- Any new accounts that the advertiser tries to create may be suspended.

## Why we suspend accounts

Google Ads policies  and Terms & Conditions are designed to help create a safe and positive experience for users and advertisers. Accounts may be suspended if we find egregious violations of these policies or the Terms & Conditions. There are also other reasons an account can be temporarily suspended. See below for more details.

Expand all    Collapse all

### Suspension due to violations of Google Ads policy or Terms & Conditions

### Suspensions due to billing and payment issues

Your account may be suspended for one of the following reasons below.

**Promotional code abuse**

**Requesting a chargeback**

**Suspicious payment activity**

If we detect suspicious or fraudulent payment activity on your account, we may restrict how much the account can spend or suspend the account.

If you believe there's been an error, please submit an appeal .

Unpaid balance

Temporary suspensions due to unauthorized account access

Google Ad Grants policy compliance

## How to request a refund

If your account was suspended, and you qualify for a refund, you can always cancel your account and receive your refund.

### Was this helpful?

Yes    No

### Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there