1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULSI NOW, INC, a principal campaign committee,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, a Delaware limited liability company, and Does 1-10,<br><br>        Defendants. | CASE NO.: 2:19-cv-06444-SVW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER OR IN THE ALTERNATIVE MOTION TO DISMISS**<br><br>Hearing Date: January 27, 2020<br>Time: 1:30 PM<br>Judge: Honorable Stephen V. Wilson<br>Place: First Street Courthouse<br>Room: Courtroom 10A |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 |     Having considered Defendant Google LLC's Motion to Transfer or in the |
| 3 | Alternative Motion to Dismiss and the papers filed therewith, Plaintiff Tulsi Now, |
| 4 | Inc.'s Opposition, Defendant's reply brief, and oral argument, the Court hereby |
| 5 | GRANTS Defendant's Motion and transfers this case to the Northern District of |
| 6 | California pursuant to 28 U.S.C. § 1404. The clerk is directed to transfer the file. |
| 7 | |
| 8 |     Alternatively: |
| 9 | |
| 10 |     Having considered Defendant Google LLC's Motion to Transfer or in the |
| 11 | Alternative Motion to Dismiss and the papers filed therewith, Plaintiff Tulsi Now, |
| 12 | Inc.'s Opposition, Defendant's reply brief, and oral argument, the Court hereby |
| 13 | GRANTS Defendant's Motion and dismisses Plaintiff's complaint with prejudice. |
| 14 | The clerk shall close the file. |
| 15 | |
| 16 |     IT IS SO ORDERED. |
| 17 | DATED:                                     By_____ |
| |                                             The Hon. Stephen V. Wilson |
| 18 |                                             United States District Judge |