IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULSI NOW, INC, a principal campaign committee,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, a Delaware limited liability company, and Does 1-10,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cv-06444-SVW-RAO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON GOOGLE LLC'S MOTION TO TRANSFER OR IN THE ALTERNATIVE DISMISS** |

Pursuant to the Stipulation of the parties, and good cause being shown thereby, it is hereby ORDERED that:

- The hearing on Defendant's Motion to Transfer or in the Alternative Motion to Dismiss ("Motion") is continued to March 2, 2020 at 1:30 p.m.;
- Plaintiff shall file its opposition to Defendant's no later than Monday, January 27, 2020; and
- Defendant shall file its reply in support of its Motion no later than Monday, February 10, 2020.

**IT IS SO ORDERED.**

Dated:   December 23, 2019          By: _____
                                         Honorable Stephen V. Wilson
                                         United States District Judge